HILLFORD HOLDING CORPORATION, Appellant, v. SARAH ZIMMERMAN, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of MARY KATSUR, as Administratrix of the Estate of STEPHEN KATSUR, Appellant, for an Order Directing CHARLES L. MECKENBERG, an Attorney at Law, Respondent, to Turn over to Her Moneys Belonging to Said Estate.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

PETER KALINOVER, Appellant, v. JACOB E. HURWITZ, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EDWARD KEMP, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

DELIA McDEVITT, Respondent, v. BARTLEY McDEVITT, Appellant. (Appeal No. 1.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

DELIA McDEVITT, Respondent, v. BARTLEY McDEVITT, Appellant. (Appeal No. 2.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOHN K. MILLER, Respondent, v. WILLIAM SQUIBB and MARY SQUIBB, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THERESA NORDMARK, as Administratrix, etc., of CARL E. NORDMARK, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

DOMINICK D. PRAETE, Appellant, v. EDWARD J. DWYER and FRANK W. SMITH, etc., Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS AIELLO, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM BRESLIN, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MORRIS, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANTONIO SABIA and Others, Respondents, v. PAERDEGAT ICE CORPORATION and Others, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EMILY SCHMIDT, Respondent, v. CHARLES E. RICKERSON, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

TILLIE SIMINOWITZ, Respondent, v. MORRIS SIMINOWITZ, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ROSE E. STILL, Respondent, v. CHARLES I. STILL and Others, Defendants.